UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6464

In Re: JAMES ALLEN MORRIS,

Petitioner.

On Petition for Writ of Mandamus.   (2:06-cv-00024-REM)

Submitted:  June 15, 2007                  Decided:  July 30, 2007

Before MICHAEL and KING, Circuit Judges, and WIDENER, Senior Circuit Judge.*

Petition denied by unpublished per curiam opinion.

James Allen Morris, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

---

*   Judge Widener did not participate in the disposition of this matter.  Accordingly, this opinion is issued by a quorum of the panel.

PER CURIAM:

James Allen Morris petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2254 (2000) petition. He seeks an order from this court directing the district court to act. Although we find that mandamus relief is not warranted because the delay is not unreasonable, we deny the mandamus petition without prejudice to the filing of another mandamus petition if the district court does not act expeditiously. We grant Morris's motion for leave to proceed in forma pauperis. We deny Morris's motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>